CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
STEVEN MATHESON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATHESON, | Case No.  C08 04385 JF |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE |
| MILLS COLLEGE EMPLOYEE BENEFIT PLAN, and STANDARD INSURANCE COMPANY, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff STEVEN MATHESON hereby voluntarily dismisses the above-entitled action, without prejudice, and requests that an Order be entered dismissing the above-entitled action, without prejudice.

DATE: February 2, 2009                FLYNN, ROSE & PERKINS

By     /s/ Charles B. Perkins
        CHARLES B. PERKINS
        Attorney for Plaintiff
        STEVEN MATHESON

/////

/////

1

<u>ORDER</u>

2

    Having reviewed the Notice of Voluntary Dismissal filed by Plaintiff, STEVEN

3

MATHESON, the above-entitled action is hereby dismissed, without prejudice.

4

5

DATE: February __3__, 2009

6

JEREMY FOGEL
JUDGE OF THE U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28